# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Brian Andrew Eddington
Attorney at Law
8941 Jefferson Hwy, Ste 200
Baton Rouge LA 70809


**REHEARING ACTION: July 23, 2014**


**Docket Number: 14   00142-CA**

**PINE PRAIRIE ENERGY CENTER, LLC**
**VERSUS**
**EDDIE SOILEAU, SHERIFF AND TAX COLLECTOR, ET AL.**

**Appealed from Evangeline Parish Case No. 73894-B**


**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. J. David Painter
    Hon. Phyllis M. Keaty


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eddie Soileau, Sheriff and Tax Collector and Dirk Deville,**

**Assessor for Evangeline** has this day been

    **DENIED.**


cc: Robert Dean Hoffman, Jr., Counsel for the Appellee
    Christopher J. Dicharry, Amicus Counsel
    Angela W. Adolph, Amicus Counsel
    Jesse R. Adams, III, Counsel for the Appellee
    Andre Brian Burvant, Counsel for the Appellee
    Anthony L. Walker, Counsel for the Appellee